CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 06 2017

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| DAVID MEYERS, | ) | Civil Action No. 7:17-cv-00167 |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM OPINION** |
| v. | ) | |
| | ) | By: Glen E. Conrad |
| U.S. ATTORNEY GENERAL, | ) | Chief United States District Judge |
| Defendant(s). | ) | |

David Meyers, proceeding pro se, filed a Petition for a Writ of Mandamus pursuant to 28 U.S.C. §1361. By order entered May 19, 2017, the court directed plaintiff to submit within 14 days from the date of the order the inmate account form, and a certified copy of plaintiff's trust fund account statement for the six-month period immediately preceding the filing of the complaint, obtained from the appropriate prison official of each prison at which plaintiff is or was confined during that six-month period. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 14 days have elapsed, and plaintiff has failed to comply with the described conditions. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER: This 6th day of June, 2017.

/s/ Glen E. Conrad
Chief United States District Judge